UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERIHU H. FKADU,<br><br>        Petitioner,<br><br>v.<br><br>JASON BLACKASH, Director,<br><br>        Respondent. | Case No.: 19cv2223-WQH (RBB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On November 20, 2019, Petitioner, a person confined at Atascadero State Hospital as a result of a 1995 San Diego County Superior Court finding of not guilty by reason of insanity, proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the United States Court of Appeals for the Ninth Circuit (ECF No. 1), which transferred the Petition to this Court. (ECF No. 1-2.) The Petition is subject to dismissal without prejudice because Petitioner has not satisfied the filing fee requirement.

### **FAILURE TO SATISFY FILING FEE REQUIREMENT**

Petitioner has not paid the $5.00 filing fee and has not filed an application to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254.

**CONCLUSION AND ORDER**

Based on the foregoing, the Court **DISMISSES** this action without prejudice because Petitioner has failed to satisfy the filing fee requirement. To have this case reopened, Petitioner must submit, **no later than December 31, 2019,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send Petitioner a blank Southern District of California in forma pauperis application.

**IT IS SO ORDERED.**

Dated: December 11, 2019

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court